UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0046--CR (JWS)
"USA V KRISTAL O. FINK"
DEF 1.1 FINK, KRISTAL O.

Including terminated defendants, excluding terminated counsel

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Filed: 02/28/03
Closed: 07/18/03
No. of Defendants: 1
MJ Case Number:
AKA:
Location status: Released on Own Recognizance
Trial date:
Terminated: YES
Needs interpreter: NO
Counsel of record: Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK 99501
907-264-6635
FAX 907-264-6602
Serve: YES
Type: CJA
Role: Pretrial/Trial

PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
FAX 907-271-3224
Serve: YES
Type: Not specified
Role: Pretrial/Trial

Counts re: DEF 1.1 FINK, KRISTAL O.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:1344(2) & 18:2 BANK FRAUD (F) | Sentenced (20-1) |
| 1 - 1 INF | 2 | 18:1344(2) & 18:2 BANK FRAUD (F) | Dismissed (20-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0046--CR (JWS)
                              "USA V KRISTAL O. FINK"

                                 For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/28/03
            Closed: 07/18/03
No. of Defendants: 1


Document #   Filed       Docket text

     1 -  1  02/28/03    [Re: DEF 1] PLF 1 Information.

  NOTE -  1  03/03/03    Issued: Summons.

  NOTE -  2  03/03/03    Issued: Proposed trial date setting for Arr to CMC for USDJ.

     2 -  1  03/03/03    [Re: DEF 1] JDR Minute Order re Arr set for 4/9/03 at 9:30 a.m. cc: USA,
                         USM, USPO, K. Fink w/USM cy

     3 -  1  03/26/03    Return of Summons executed 3/24/03.

  NOTE -  3  04/09/03    Issued: Speedy Trial Notice to Judge Sedwick.

     4 -  1  04/09/03    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Felony
                         Info hld 4/9/03; H. Fleischer apptd; def waived Indt; def pled not
                         guilty; bond set at O/R; PTM's due 4/29/03; cnsl advised of trial date
                         of 6/9/03. cc: USA, H. Fleischer, USM, USPO, Judge Sedwick

     5 -  1  04/09/03    [Re: DEF 1] Waiver of indictment.

     6 -  1  04/09/03    [Re: DEF 1] Financial Affidavit.

     7 -  1  04/09/03    [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, H. Fleischer,
                         USM, USPO

     8 -  1  04/09/03    [Re: DEF 1] Order setting conditions of release re bond set at O/R. cc:
                         USA, H. Fleischer, USM, USPO

     9 -  1  04/09/03    [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 4/11/03; PTM's due 4/29/03. cc: USA, H. Fleischer

    10 -  1  04/10/03    [Re: DEF 1] JWS Minute Order setting TBJ on 6/9/03 at 9:00 a.m. and FPTC
                         on 6/9/03 at 8:30 a.m.. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC

    11 -  1  04/15/03    [Re: DEF 1] PLF 1 Discovery conference certificate.

    12 -  1  04/30/03    {SEALED}

    13 -  1  04/30/03    [Re: DEF 1] CJA appointment of H. Fleischer.

    14 -  1  05/01/03    [Re: DEF 1] JWS Minute Order setting PCOP on 5/5/03 at 10:00 a.m.;
                         6/9/03 FPTC and TBJ vacated. cc: USA, H. Fleischer, USM, USPO, MJ
                         Roberts, JC

    15 -  1  05/05/03    {SEALED}

    16 -  1  07/10/03    [Re: DEF 1] PLF 1 Sentencing Memorandum.

    17 -  1  07/10/03    {SEALED}

ACRS: R_RDSDX              As of 12/01/05 at 2:54 PM by GARRY                    Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0046--CR (JWS)
                                    "USA V KRISTAL O. FINK"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 07/11/03 | DEF 1 Sentencing Memorandum. |
| 19 - 1 | 07/17/03 | {SEALED} |
| 20 - 1 | 07/18/03 | {SEALED} |
| 21 - 1 | 07/23/03 | [Re: DEF 1] PLF 1 motion to correct judgment. |
| 21 - 2 | 07/24/03 | [Re: DEF 1] JWS Order granting motion to correct judgment (21-1) that $14,196.25 restitution to be paid to Credit Union 1, not Wells Fargo. cc: USA, H. Fleischer, ECR |
| 22 - 1 | 07/25/03 | {SEALED} |
| 23 - 1 | 07/28/03 | {SEALED} |
| 23 - 2 | 07/30/03 | {SEALED} |
| 24 - 1 | 08/11/03 | {SEALED} |
| 25 - 1 | 07/15/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 07/19/05 | Issued: writ of execution on PFD. |
| 26 - 1 | 11/01/05 | [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from unlawful use of controlled substances & submit to drug testing. cc: USPO |
| 27 - 1 | 11/03/05 | USM Return of svc on writ of execution re: DEF 1 on PFD on 7/26/05 in the amt of $841.76. |
| 28 - 1 | 11/18/05 | {SEALED} |
| 29 - 1 | 11/23/05 | {SEALED} |