Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KRISTAL FINK,<br><br>        Defendant. | NO. A03-0046 CR (JWS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR EXPEDITED BAIL REVIEW HEARING** |

COMES NOW THE DEFENDANT, KRISTAL FINK, by and through counsel, Rich Curtner, Federal Defender, as friend of the court, and moves this court on shortened time for an order setting a bail review hearing for this afternoon, Thursday, January 26, 2006.

This motion is necessary because the parties have agreed to recommend to the court that Ms. Fink reside at the Cordova Center pending resolution to the petition to revoke supervised release. A bed is currently available at the Cordova Center.

Hugh Fleischer, the attorney originally appointed to represent Ms. Fink, has agreed to represent her on the petition to revoke.  However, Mr. Fleischer is out of town until January 30, 2006.  Undersigned counsel has spoken to Mr. Fleischer and Mr. Fleischer agrees to placement at the Cordova Center for Ms. Fink.  Undersigned counsel has agreed to represent Ms. Fink for a detention hearing only.

This motion is filed on shortened time because bed space at the Cordova Center may not be available on January 30, 2006.

Assistant U.S. Attorney Joe Bottini does not oppose this request for an expedited bail review hearing.

U.S. Probation Officer Beth Mader does not oppose this request for an expedited bail review hearing.

DATED at Anchorage, Alaska this 26th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

<u>Certification</u>:
I certify that on January 26, 2006,
a copy of the *Unopposed Motion on Shortened Time for Expedited Bail Review Hearing* was served electronically on:

Joe Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Beth Mader
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner