UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KRISTAL FINK,<br><br>　　　　Defendant. | NO. A03-0046 CR (JWS)<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time for Expedited Bail Review Hearing, the motion is GRANTED. A bail review hearing is hereby scheduled for January 26, 2006, at _____ \_\_\_\_.m.

DATED this 26th day of January 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE