```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. KRISTAL O. FINK        CASE NO. 3:03-cr-00046-JWS-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:           F. RICHARD CURTNER - APPOINTED

U.S.P.O.:                       BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:33 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant stated true name: Same as above.

_X_ Financial Affidavit **FILED**.
   _X_ Federal Public Defender accepted appointment; FPD notified.
       Mr. Curtner notified the court that Hugh Fleischer will be
       assigned to this case.

_X_ Defendant **DENIED** allegations 1 thru 5 of the Petition to
    Revoke Supervised Release.

_X_ Consent to be filed by **January 27, 2006** or case shall be
    transferred to a U.S. District Judge.

_X_ Defendant detained.

_X_ Order of Temporary Detention Pending Hearing **FILED**.

_X_ OTHER: Court and counsel heard re plaintiff's oral motion for a detention hearing; **GRANTED.** Court directed Mr. Curtner to have Mr. Fleischer contact the court to set a date for a Detention / Evidentiary Hearing.

At 3:46 p.m. court adjourned.

DATE:     January 25, 2006      DEPUTY CLERK'S INITIALS:    ak