UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTAL FINK,<br><br>Defendant. | NO. A03-0046 CR (JWS)<br><br>**ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time for Expedited Bail Review Hearing, the motion is GRANTED. A bail review hearing is hereby scheduled for January 26, 2006, at 3:00 p.m.

DATED this 26th day of January 2006, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE