IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Kristal O. Fink

CASE NO: 3:03-cr-00046-JWS-JDR

---

Defendant Kristal O. Fink,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_ Released to _____, the third party custodian(s).

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_ Surrendered passport to the Clerk of Court.

✓ Other: Release to Probation Officer to transport to Cordova Center

Dated at Anchorage, Alaska this 26th day of January, 2006

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal