RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
for the
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A03-0046-CR (JWS) |
| vs. | ) | |
| | ) | **WARRANT FOR ARREST** |
| FINK, Kristal | ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest FINK, Kristal and bring her forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging her with five violations of her term of supervised release.

_(signed)_
John W. Sedwick
Chief U.S. District Court Judge

January 20, 2006
Date

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
JAN 20 PM 3 30

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

US PROBATION OFC - ANC

| Date Received: 1/20/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/23/2006 | DOUG ZIELINSKI, DUSM | _(signed)_ |