PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kristal Fink                           Case Number: A03-0046-CR (JWS)

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:       July 24, 2003

Original Offense:                Bank Fraud

Original Sentence:               3 months imprisonment, 4 years supervised release

Date Supervision Commenced: December 30, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 120 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

Whereas it may take several days for the Federal Bureau of Prisons to designate the defendant to the Cordova Center, pursuant to 18 U.S.C. § 3142(a) the defendant is hereby ordered to reside there as a condition of pretrial release and funded through Pretrial Services until the date of actual designation.

## CAUSE

The defendant was sentenced to 3 months imprisonment with 4 years supervised release to follow on July 24, 2003. Since that time the defendant has tested positive for the use of marijuana, has failed to show for scheduled urine testing, has failed to show for her substance abuse treatment assessment. In order to address these violations and assist the defendant with resuming her substance abuse treatment, obtain employment and a suitable release plan, the probation officer recommends her conditions of supervised release be modified to include 120 days at the Community Corrections Center. The defendant signed a waiver agreeing to this modification of conditions.

Request for Modification of Conditions or Term
Name of Offender        :       Kristal Fink
Case Number             :       A03-0046-CR (JWS)

Respectfully submitted,

*Beth A. Mader*
Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: January 23, 2006

Approved by:

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other: _____

_____
John W. Sedwick
Chief U.S. District Court Judge

Date: 2-2-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

RECEIVED
FEB 2 2006
CHAMBERS, U.S. DISTRICT JUDGE
JOHN W SEDWICK

U.S.A. v Kristal Fink                                      Docket No. A03-0046-CR (JWS)

    I, __Kristal Fink__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 120 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

Signed: _____   Date: 2-1-06
         Kristal Fink
         Probationer or Supervised Releasee

Witness: _____   Date: 2-1-06
         Beth A. Mader
         U.S. Probation/Pretrial Services Officer