DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 253, # 9
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:03-cr-0046-JWS-JDR |
| | ) |
| Plaintiff, | ) **MOTION TO DISMISS** |
| | ) **PETITION TO REVOKE** |
| vs. | ) **SUPERVISED RELEASE** |
| | ) |
| KRYSTAL O. FINK, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

     COMES NOW the United States of America, by and through its counsel,

and moves this Court for an order dismissing the petition to revoke supervised

release against the above-captioned individual, without prejudice,  pursuant to Rule

48(a) of the Federal Rules of Criminal Procedure. The defendant consents to the instant application.

RESPECTFULLY SUBMITTED this 6th day of February 2006, at Anchorage, Alaska.

                                            DEBORAH M. SMITH
                                            Acting United States Attorney

                                            s/Frank V. Russo
                                            Assistant U.S. Attorney
                                            222 West 7th Ave., #9, Rm. 253
                                            Anchorage, AK 99513-7567
                                            Phone: (907) 271-3383
                                            Fax: (907) 271-1500
                                            E-mail: frank.russo@usdoj.gov
                                            MA # 64

I CERTIFY that a true and correct copy of the Government's Motion to Dismiss was served on the following counsel of record via (1) ECF filing

Hugh Fleischer,

Executed February 6, 2006

s/ Frank Russo
Office of the U.S. Attorney

U.S. v. FINK
3:03-cr-0046-JWS-JDR