IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-0046-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KRYSTAL O. FINK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Having considered the motion filed by the United States to dismiss the

Indictment in the above captioned case, IT IS HEREBY ORDERED that pursuant

to Rule 48(a), Fed. R. Crim. P., the petition to revoke supervised release is

DISMISSED without prejudice.  The evidentiary hearing on such petition to

revoke scheduled for February 16, 2006, at 1:00 pm is hereby vacated.

        **IT IS SO ORDERED**.

        DATED this _____ of February 2006, at Anchorage, Alaska.


_____
UNITED STATES MAGISTRATE JUDGE