MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*USA v. KRISTAL O. FINK*

THE HONORABLE JOHN W. SEDWICK                                    3:03-cr-046 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**                February 14, 2006

The United States' motion at docket 45 to dismiss the petition to revoke supervised release is **GRANTED**.