PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
FEB 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kristal Fink                     Case Number: A03-0046-CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     July 24, 2003

Original Offense:              Bank Fraud

Original Sentence:             3 months imprisonment, 4 years supervised release

Date Supervision Commenced: December 30, 2003

### PETITIONING THE COURT

[ ]  To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]  To modify the conditions of supervised release as follows:

"The defendant shall complete the Dena A Coy residential substance abuse and mental health treatment program."

### CAUSE

The defendant was sentenced to 3 months imprisonment with 4 years supervised release to follow on July 24, 2003. On December 21, 2006, the defendant was arrested for Driving Under the Influence and provided a portable breath sample at .138 grams of alcohol and admitted to the Anchorage Police Officer to having several drinks. In order to address this violation and assist the defendant with resuming her substance abuse treatment, the probation officer recommends her conditions of supervised release be modified to include residential substance abuse and mental health treatment at the Dena A Coy Center. The defendant is currently pregnant and the Dena A Coy Center assists with women with substance abuse and mental health issues that are pregnant and assists with prenatal care. The defendant signed a waiver agreeing to this modification of conditions.

*Request for Modification of Conditions or Term*
*Name of Offender      :      Kristal Fink*
*Case Number            :      A03-0046-CR (JWS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: January 24, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date: 2-5-07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF ALASKA

U.S.A. v Kristal Fink                                    Docket No. A03-0046-CR

    I, _Kristal Fink_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall complete the Dena A Coy residential substance abuse and mental health treatment program."

Signed: _[signature]_  Date: _1-24-07_
Kristal Fink
Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_  Date: _1-24-07_
Beth A. Mader
U.S. Probation/Pretrial Services Officer