PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska



RECEIVED
JAN 0 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.  Case No.   A03-0046-CR (JWS)

Kristal Fink

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on December 29, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**   1/2/08

Timothy M. Astle    Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this   5th   day of   January  , 2008.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge